*John B. Singeltary,* for Appellant.
*Clyde H. Wilson,* for Appellee.

Aaron M. Finn, Plaintiff in Error, v. Emma Wilson, joined by her husband and next friend, I. P. Wilson, *et al.,* Defendants in Error.

Writ of error dismissed on motion of counsel for the respective parties.

*Patterson, Blackwell & Knight,* for Plaintiff in Error.
*McKay, Dixon & DeJarnette,* for Defendants in Error.

W. R. Kabrick, *et al.,* Appellants, v. D. Lee, Appellee.

Appeal dismised on motion of counsel for the respective parties.

*Joseph W. Nichols,* for Appellants.
*Edwin Brobston,* for Appellee.

Morris Gutkin, Plaintiff in Error, v. A. W. Spencer, Defendant in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.

*Campbell & McLean,* for Plaintiff in Error.
*Raney & Raney,* for Defendant in Error.

Hazelle Belle Zietz, Appellant, v. Frank K. Kramer, as Administrator with will annexed of the Estate of Bodo R. Zietz, deceased, *et al.,* Appellees.